So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD MODIC, | ) | CASE NO. 1:20-CV-2148 |
| | ) | |
| Plaintiff, | ) | JUDGE BOYKO |
| v. | ) | |
| | ) | **STIPULATED NOTICE OF** |
| AVALON PRECISION CASTING CO., LLC, | ) | **DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Plaintiff Edward Modic and Defendant Avalon Precision Casting Co., LLC, by and through their undesigned counsel, provide notice to the Court that all disputes between the parties have been resolved, and that this matter is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs.

/s/ Daniel D. Domozick
Daniel D. Domozick (0025040
33977 Chardon Road, Suite 100
Willoughby Hills, OH  44094
(216) 586-6020
(216) 586-6021 -- facsimile
ddomozick@domolaw.net

*Attorney for Plaintiff*

/s/ Lester W. Armstrong
Lester W. Armstrong (0036832)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio 44122
216-831-0042
216-831-0542 – facsimile
larmstrong@meyersroman.com

*Attorney for Defendant*